IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-01553-AP

LETICIA BALDWIN obo J.N.,

       Plaintiff,

  v.

MICHAEL J. ASTRUE,
 Commissioner of Social Security,

       Defendant.
_____
**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:
PATRICK C.H. SPENCER, II
830 Tenderfoot Hill Road, Suite 320
Colorado Springs, CO 80906
Telephone (719) 632-4808
Facsimile (719) 632-4807
E-mail: patrick@2spencers.com

For Defendant:
JOHN F. WALSH
United States Attorney
KEVIN TRASKOS
Chief, Civil Division
WILLIAM G. PHARO
Assistant United States Attorney
United States Attorney's Office
District of Colorado
William.pharo@usdoj.gov

DAVID I. BLOWER
Special Assistant United States Attorney
Office of the General Counsel,
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Telephone: (303) 844-1571
David.blower@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

      **A.**  **Date Complaint Was Filed:** June 14, 2011

      **B.**  **Date Complaint Was Served on U.S. Attorney's Office:** June 17, 2011

      **C.**  **Date Answer and Administrative Record Were Filed:** September 15, 2011

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.     OTHER MATTERS**

      There are no other matters anticipated.

8. **BRIEFING SCHEDULE**

   Counsel for both parties agree to the following proposed briefing schedule:

   A. **Plaintiffs Opening Brief Due:** November 14, 2011

   B. **Defendant's Response Brief Due:** December 14, 2011

   C. **Plaintiffs Reply Brief (If Any) Due:** December 29, 2011

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A. **Plaintiffs Statement:**  Plaintiff does not request oral argument.

   B. **Defendant's Statement:**   Defendant does not request oral argument

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 3rd day of October, 2011.

BY THE COURT:

*s/John L. Kane*_____
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Patrick C.H. Spencer, II<br><br>PATRICK C.H. SPENCER, II<br>830 Tenderfoot Hill Road, Suite 320<br>Colorado Springs, CO 80906<br>Telephone (719) 632-4808<br>Facsimile (719) 632-4807<br>E-mail: patrick@2spencers.com<br>Attorney for Plaintiff | JOHN F. WALSH<br>United States Attorney<br>KEVIN TRASKOS<br>Chief, Civil Division<br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>William.pharo@usdoj.gov<br><br>s/David I. Blower<br>DAVID I. BLOWER<br>Special Assistant United States Attorney<br>1001 Seventeenth Street<br>Denver, Colorado  80202<br>Telephone: (303) 844-1571<br>Facsimile: (303) 844-0770<br>David.blower@ssa.gov<br>Attorneys for Defendant. |