IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  11-cv-01553-WYD

LETICIA BALDWIN for J.N. (a minor),

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER

THIS MATTER is before the Court in connection with Plaintiff's Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412(d) filed September 13, 2012.  This motion states that the parties have agree to a compromise settlement of Plaintiff's request for attorney fees pursuant to the Equal Access to Justice Act ["EAJA"] in the amount of $6,950.00.  Having reviewed the motions and being fully advised in the premises, it is

ORDERED that the Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412(d) (ECF No. 29) is **GRANTED**. Plaintiff is awarded attorney fees under the EAJA in the amount of **$6,950.00**.  Payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel.

    Dated:  October 1, 2012

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Chief United States District Judge